IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, as
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased

        Plaintiff,

v.                                                                                  No. 1:23-cv-00057-SCY-KRS

UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

        Defendants.

**AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW MEXICO ON BEHALF OF
THE UNITED STATES OF AMERICA**

STATE OF NEW MEXICO       )
                                      ) ss.
COUNTY OF MCKINLEY      )

      I, Sarah Benally, upon oath depose and state:

      1.     I am resident of the State of New Mexico and over eighteen (18) years of age.

      2.     I served a Complaint to Recover Damages for the Wrongful Death Resulting from Medical Negligence Arising Under The Federal Tort Claims Act, Summons, and Notice of Judge Assignment, via pre-paid postage, certified mail, return receipt requested, on the United States Attorney for the District of New Mexico via the Civil Process Clerk in Albuquerque, New Mexico on February 13, 2023 [See Return Receipt attached hereto].

                                                                           Sarah Benally, Affiant

SUBSCRIBED AND SWORN to before me this __16__ day of February, 2023 by SARAH BENALLY.

_____
Notary Public

My Commission Expires:

__09/17/26__

State of New Mexico
Notary Public
Christina R Martinez
Commission Number 1123241
Expiration Date 9/17/ 2026

2

