AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| CARMELITA M. DESIDERIO, as Personal Representative of the Estate of PHILLIP R. CURLEY, deceased<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA, JANELLE D. JONES, M.D., and JOY G. HARRISON, M.D.,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00057-SCY-KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE UNITED STATES OF AMERICA
c/o Alexander M. M. Uballez
United States Attorney for the District of New Mexico
Southwest Regional Office
PO Box 607
Albuquerque, New Mexico 87103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brewster S. Rawls
> David A. Tierney
> Rawls Law Group
> 211 Rocketts Way, Suite 100
> Richmond, Virginia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Thursday, February 09, 2023

Denisse Rincon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00057-SCY-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                         *Server's signature*

                                     _____
                                         *Printed name and title*


                                     _____
                                         *Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, as
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased

Plaintiff,

v.                                              No. 1:23-cv-00057-SCY-KRS

UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

Defendants.

### AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW MEXICO ON BEHALF OF THE UNITED STATES OF AMERICA

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF MCKINLEY     )

I, Sarah Benally, upon oath depose and state:

1. I am resident of the State of New Mexico and over eighteen (18) years of age.

2. I served a Complaint to Recover Damages for the Wrongful Death Resulting from Medical Negligence Arising Under The Federal Tort Claims Act, Summons, and Notice of Judge Assignment, via pre-paid postage, certified mail, return receipt requested, on the United States Attorney for the District of New Mexico via the Civil Process Clerk in Albuquerque, New Mexico on February 13, 2023 [See Return Receipt attached hereto].

_____
Sarah Benally, Affiant

1

SUBSCRIBED AND SWORN to before me this __16__ day of February, 2023 by SARAH BENALLY.

_____
Notary Public

My Commission Expires:

__09/17/26__

State of New Mexico
Notary Public
Christina R Martinez
Commission Number 1123241
Expiration Date 9/17/2026



