IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, as
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased

        Plaintiff,

v.                                                      No. 1:23-cv-00057-SCY-KRS

UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

        Defendants.

## AFFIDAVIT OF SERVICE ON THE HONORABLE MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA ON BEHALF OF THE UNITED STATES OF AMERICA

| | |
|---|---|
| STATE OF NEW MEXICO | ) |
| | ) ss. |
| COUNTY OF MCKINLEY | ) |

I, Sarah Benally, upon oath depose and state:

1.     I am resident of the State of New Mexico and over eighteen (18) years of age.

2.     I served a Complaint to Recover Damages for the Wrongful Death Resulting from Medical Negligence Arising Under The Federal Tort Claims Act, Summons, and Notice of Judge Assignment, via pre-paid postage, certified mail, return receipt requested, on the Honorable Merrick B. Garland, Attorney General of the United States of America on behalf of the United States of America in Washington, D.C. on February 16, 2023 [See Return Receipt attached hereto].

                                                                             Sarah Benally, Affiant

SUBSCRIBED AND SWORN to before me this 22 day of February, 2023 by SARAH BENALLY.

_____
Notary Public

My Commission Expires:

9/17/26

State of New Mexico
Notary Public
Christina R Martinez
Commission Number 1123241
Expiration Date 9/17/2026

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Honorable Merrick B. Garland, A.G. of USDOJ
Street & Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, July 2014    See Reverse for Instructions

7014 3490 0001 7561 8828

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
**Honorable Merrick B. Garland**
**Attorney General of the United States**
**Department of Justice**
**950 Pennsylvania Ave, NW**
**Washington, DC 20530-0001**

9590 9402 4590 8278 3279 22

2. Article Number (Transfer from service label)
7014 3490 0001 7561 8828

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB 16 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt