IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased,

    Plaintiff,

v.                                                           No. 23-cv-00057-WJ-KRS

UNITED STATES OF AMERICA;
JANELLE D. JONES, M.D.; and
JOY G. HARRISON, M.D.,

    Defendants.

## CLERK'S ENTRY OF DEFAULT

It appears from the files and records of this Court as of December 5, 2023, that Defendant Joy G. Harrison against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R. ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendant Joy G. Harrison.

DATED at Albuquerque, New Mexico, this 5th day of December 2023.

                                                           /s/MITCHELL R. ELFERS
                                                           **MITCHELL R. ELFERS**
                                                           **CLERK, U. S. DISTRICT COURT**