**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CARMELITA M. DESIDERIO, Personal
Representative of the Estate of PHILLIP
R. CURLEY, deceased,

     Plaintiff,

v.                                                      No. 1:23-CV-00057-WJ/KRS

THE UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

     Defendants.

## STIPULATED ORDER TO EXTEND SCHEDULING ORDER DEADLINES

THIS MATTER having come before the Court upon Stipulated Motion to Extend Scheduling Order Deadlines having reviewed the Stipulated Motion and being fully Advised in the premises FINDS THAT:

1.     All deadlines established in the previous Scheduling Order (entered on October 31, 2023, as Doc 42) that have passed shall not be further extended except as set forth hereinbelow.

2.     Plaintiff shall disclose expert witnesses and provide a written report or summary for each expert witness by **January 31, 2024**.

3.     Defendant(s) shall disclose expert witnesses and provide a written report for each expert witness, by **February 29, 2024**.

The Stipulated Motion is well taken and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Parties amended scheduling be granted to allow the parties additional time to further investigation in advance of expert witness disclosure deadlines and allow ample time to conduct expert depositions.


_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMIITED BY:

**PRIEST & MILLER, LLP**


*/s/ Sydney L. Jans*
Ada B. Priest
Sydney L. Jans
6100 Uptown Blvd NE.
Suite 620
Albuquerque, NM 87110
505-349-2300
Ada@PriestMillerLaw.com
Sydney@PriestMillerLaw.com
*Attorneys for Jannelle D. Jones MD*

APPROVED:

RAWLS LAW GROUP PC


*Electronically approved December 7, 2023*
David A. Tierney (VSB No. 90196)
Brewster Rawls (VSB No. 23604)
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038
dtierney@rawlslawgroup.com
brawls@rawlslawgroup.com
*Lead Counsel for Plaintiff*

AND

William R. Keeler
Keeler & Keeler, LLP
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
billkeeler@keelerandkeeler.com
*Counsel for Plaintiff*

ALEXANDER M.M. UBALLEZ
UNITED STATES ATTORNEY

*Electronically approved December 7, 2023*
Samantha E. Kelley
Maria S. Dudley
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Samantha.Kelly@usdoj.gov
Maria.Dudley@usdoj.gov
*Attorneys for The United States of America*