IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, Personal
Representative of the Estate of PHILLIP
R. CURLEY, deceased,

    Plaintiff,

v.                                                                                 No. 1:23-CV-00057-WJ/KRS

THE UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

    Defendants.

## ORDER EXTENDING SCHEDULING ORDER DEADLINES

THIS MATTER having come before the Court upon Unopposed Motion to Extend Scheduling Order Deadlines having reviewed the Unopposed Motion and being fully Advised in the premises FINDS THAT:

1. Good cause exists to extend the Scheduling Order Deadlines and the Stipulated Order Extending Scheduling Order Deadlines as requested.

2. The Scheduling Order and the Stipulated Order Extending Scheduling Order Deadlines shall be extended as follows:

| Deadline for: | Current Due Date: | Amended Due Date: |
|---|---|---|
| Plaintiff discloses experts and provides expert reports or summary disclosures by | **January 31, 2024** | **March 29, 2024** |
| Defendant discloses experts and provides expert reports or summary disclosures by | **February 29, 2024** | **April 26, 2024** |

| Termination of discovery | **March 29, 2024** | **July 31, 2024** |
|---|---|---|
| Motions relating to discovery | **April 18, 2024** | **August 14, 2024** |
| All other motions[1] | **April 29, 2024** | **September 16, 2024** |

The settlement conference and associated deadlines set for April 30, 2024, are vacated. The Court will reset the settlement conference at the currently-scheduled status conference on March 12, 2024 at 9:30 a.m. *See* Doc. 43.

The Joint Motion is well taken and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the remaining deadlines established in the Scheduling Order and the Stipulated Order Extending Scheduling Order Deadlines shall be extended as indicated above to allow the parties additional time to conduct further investigation in advance of the close of discovery.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Including motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*.

SUBMIITED BY:

**PRIEST & MILLER, LLP**

<u>/s/ Sydney L. Jans</u>
Ada B. Priest
Sydney L. Jans
6100 Uptown Blvd NE.
Suite 620
Albuquerque, NM 87110
505-349-2300
Ada@PriestMillerLaw.com
Sydney@PriestMillerLaw.com
*Attorneys for Jannelle D. Jones MD*

APPROVED:

RAWLS LAW GROUP PC

<u>*Approved via email February 20, 2024*</u>
David A. Tierney (VSB No. 90196)
Brewster Rawls (VSB No. 23604)
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038
dtierney@rawlslawgroup.com
brawls@rawlslawgroup.com
*Lead Counsel for Plaintiff*

AND

William R. Keeler
Keeler & Keeler, LLP
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
billkeeler@keelerandkeeler.com
*Counsel for Plaintiff*

ALEXANDER M.M. UBALLEZ
UNITED STATES ATTORNEY

*Approved via email February 20, 2024*
Samantha E. Kelley
Maria S. Dudley
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Samantha.Kelly@usdoj.gov
Maria.Dudley@usdoj.gov
*Attorneys for The United States of America*