IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, Personal
Representative of the Estate of PHILLIP
R. CURLEY, deceased,

    Plaintiff,

v.                                                       No. 1:23-CV-00057-WJ/KRS

THE UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

    Defendants.

## **ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

THIS MATTER having come before the Court upon the parties' Unopposed Motion to Extend Scheduling Order Deadlines, (Doc. 75), and having reviewed the Unopposed Motion and being fully advised in the premises, the Court FINDS THAT:

1.     Good cause exists to extend the Scheduling Order Deadlines as requested.

2.     The pretrial deadlines shall be extended as follows:

| **Deadline for:** | **Current Due Date:** | **Amended Due Date:** |
|---|---|---|
| Termination of discovery | **July 31, 2024** | **October 31, 2024** |
| Motions relating to discovery | **August 14, 2024** | **November 14, 2024** |
| All other motions | **September 16, 2024** | **December 16, 2024** |

In addition, the June 18, 2024 telephonic status conference, and the July 16, 2024 settlement conference and associated deadlines, are VACATED. A status conference to reset the settlement conference will be set at the Court's convenience.

IT IS THEREFORE ORDERED that the parties' Unopposed Motion to Extend Scheduling Order Deadlines, (Doc. 75), is GRANTED and the remaining deadlines established in the Scheduling Order and the Stipulated Order Extending Scheduling Order Deadlines shall be extended as indicated above to allow the parties additional time to conduct further investigation in advance of the close of discovery.

                                                     _____
                                                     HONORABLE KEVIN R. SWEAZEA
                                                     UNITED STATES MAGISTRATE JUDGE

SUBMIITED BY:

RAWLS LAW GROUP PC

*/s/ David A. Tierney*
David A. Tierney (VSB No. 90196)
Brewster Rawls (VSB No. 23604)
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038
dtierney@rawlslawgroup.com
brawls@rawlslawgroup.com
*Lead Counsel for Plaintiff*

AND

William R. Keeler
Keeler & Keeler, LLP
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
billkeeler@keelerandkeeler.com
*Counsel for Plaintiff*

APPROVED:

**PRIEST & MILLER, LLP**

*/s/ Sydney L. Jans*
Ada B. Priest
Sydney L. Jans
6100 Uptown Blvd NE.
Suite 620
Albuquerque, NM 87110
505-349-2300
Ada@PriestMillerLaw.com
Sydney@PriestMillerLaw.com
*Attorneys for Jannelle D. Jones MD*


ALEXANDER M.M. UBALLEZ
UNITED STATES ATTORNEY


*/s/ Maria S. Dudley*
Samantha E. Kelley
Maria S. Dudley
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Samantha.Kelly@usdoj.gov
Maria.Dudley@usdoj.gov
*Attorneys for The United States of America*