IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO, as
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased,

      Plaintiffs,

vs.                                                                                  No. 1:23-cv-00057-WJ-KRS

THE UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D. and
JOY G. HARRISON, M.D.,

      Defendants.

## ENTRY OF APPEARANCE

Comes now, Priest & Miller, LLP by Andres P. Rivera and hereby enters his appearance

on behalf of Defendant Janelle D. Jones, M.D. ("Dr. Jones").  Copies of all documents pertaining

to litigation in this matter should be sent to the undersigned attorneys.

                    Respectfully submitted,

                    **PRIEST & MILLER, LLP**

                    */s/ Andres P. Rivera*
                    Ada B. Priest
                    Sydney L. Jans
                    Andres P. Rivera
                    6100 Uptown Blvd. NE, Suite 620
                    Albuquerque, NM 87110
                    Tel: (505) 349-2300
                    Ada@PriestMillerLaw.com
                    Sydney@PriestMillerLaw.com
                    Andres@PriestMillerLaw.com
                    *Attorneys for Janelle D. Jones, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2024, I filed the foregoing pleading electronically through the CM/EFC system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic filing.

Rawls Law Group, PC
Brewster Rawls (VSB No. 23604) (PHV)
David A. Tierney (VSB No. 90196) (PHV)
211 Rocketts Way, Suite 100
Richmond, VA 23231
Telephone: (804) 344-0038
Facsimile: (804) 782-0133
brawls@rawlslawgroup.com
dtierney@rawlslawgroup.com
*Lead Counsel for Plaintiff*

Samantha E. Kelly
Maria S. Dudley
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
samantha.kelly@usdoj.gov
maria.dudley@usdoj.gov
*Attorneys for United States of America*

-and-

William R. Keeler Keeler &
Keeler, LLP
235 West Historic Highway 66
Gallup, NM 87301
(505) 722-5608
(505) 722-5614 – Facsimile
billkeeler@keelerandkeeler.com
*Local Counsel for Plaintiff*


*/s/ Andres Rivera*
Andres Rivera

2