**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CARMELITA M. DESIDERIO, as
Personal Representative of the Estate of
PHILLIP R. CURLEY, deceased,

    Plaintiffs,

vs.                                                                                      No. 1:23-CV-00057- WJ-KRS

THE UNITED STATES OF AMERICA,
JANELLE D. JONES, M.D., and
JOY G. HARRISON, M.D.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before this Court on the parties' Stipulated Motion to Dismiss with Prejudice the Plaintiff's claims against Defendant Janelle D. Jones, M.D. **[Doc. 113]**, the Court having considered the Motion and being otherwise fully advised in the premises finds the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** there is no objection from any party to dismissal with prejudice of the Plaintiff's claims against Janelle D. Jones, MD.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Janelle D. Jones, MD in the above-captioned matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending motions filed by Defendant Janelle D. Jones, M.D. **[Doc. 96, 97, 98, 99, 100, 101, 102, 103, 104, and 105]** are **DENIED as moot.**

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE