IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITA M. DESIDERIO
Personal Representative of the
Estate of PHILLIP R. CURLEY, deceased,

      Plaintiff,

v.                         No. 1:23-cv-00057-WJ-KRS

UNITED STATES OF AMERICA;
JANELLE D. JONES, M.D.; and
JOY G. HARRISON, M.D.

      Defendants.

## **JUDGMENT BY DEFAULT AGAINST DEFENDANT JOY G. HARRISON, M.D.**

      This matter is before the Court on Plaintiff's Motion for Default Judgment Against Defendant Joy G. Harrison, M.D. **[Doc. 115].** Default was entered by the Clerk against Defendant JOY G. HARRISON, M.D., a competent adult, on December 5, 2023. **[Doc. 51].** Pursuant to Fed. R. Civ. P. 55(b)(2)(B), the Court determines that Plaintiff has established entitlement to compensatory damages in the amount of $4,940,000.00 **[Doc. 1-2, Doc. 1-3, Doc. 115]** and costs in the amount of $27,295.95 **[Doc. 115]** against JOY G. HARRISON, M.D. Therefore, Plaintiff's Motion for Default Judgment Against Defendant Joy G. Harrison **[Doc. 115]** is GRANTED, and

      IT IS ORDERED, ADJUDGED, AND DECREED that Judgment by Default is entered against Defendant JOY G. HARRISON, M.D. and in favor of Plaintiff and that Defendant JOY G. HARRISON, M.D., pay Plaintiff $4,940,000.00 in compensatory damages and $27,295.95 in costs to prosecute the claim.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE