**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CARMELITA M. DESIDERIO
Personal Representative of the
Estate of PHILLIP R. CURLEY, deceased,

      Plaintiff,

v.                                                                    No. 1:23-cv-00057-WJ-KRS

UNITED STATES OF AMERICA;
JANELLE D. JONES, M.D.; and
JOY G. HARRISON, M.D.

      Defendants.

**ORDER OF REFERENCE**

Pursuant to the provisions of 28 U.S.C. §636 (b)(1)(B), and <u>Virginia Beach Federal Savings & Loan Association v. Wood</u>, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to Magistrate Judge Kevin R. Sweazea to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the Defendant Joy G. Harrison's Motion to Set Aside Default Judgment, Vacate Clerk's Entry of Default, and for Leave to File Responsive Pleading **[Doc. 117]**, Plaintiff's Motion to Strike New Argument Raised for the First Time in Defendant Harrison's Reply Brief **[Doc. 122]**, and Plaintiff's Motion for Sanctions Regarding Submission of Defendant's False Declaration **[Doc. 125]**. The Magistrate Judge shall submit his analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within ten days

1

of the date of entry of the proposed disposition.

_____/s/_____

WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE